AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HUCK, PAUL C. | SD-FL | 08/13/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US DISTRICT COURT | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

90 NE FOURTH STREET
SUITE 1067
MIAMI, FLORIDA 33132

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 08/13/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | UNIVERSITY OF MIAMI | $3,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | SMALL BUSINESS OWNER |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FLORIDA BAR | 06/30/2016 | ORLANDO, FLORIDA | PROFESSIONAL EVENT | TRAVEL & LODGING |
| 2. | UNIVERSITY OF FLORIDA | 09/30/2016 | GAINESVEILLE, FLORIDA | PROFESSIONAL EVENT | TRAVEL & LODGING |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 08/13/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  (HEADER RAYMOND JAMES ACCT#1) | | | | | | | | | |
| 2.  3M COMPANY | A | Int./Div. | | | Buy | 03/28/16 | L | | |
| 3.  3M COMPANY | | None | | | Sold | 11/22/16 | L | B | |
| 4.  AMTRUST FINANCIAL SVCS INC | A | Int./Div. | | | Sold | 04/13/16 | K | A | |
| 5.  BANK UNITED INC | A | Int./Div. | | | Sold | 07/11/16 | J | A | |
| 6.  BERKSHIRE HATHAWAY INC CL B | | None | L | T | | | | | |
| 7.  BLACKSTONE GROUP LP COM UNIT LTD | C | Int./Div. | | | Sold | 01/21/16 | K | B | |
| 8.  CHURCH & DWIGHT | A | Int./Div. | K | T | Sold (part) | 11/09/16 | L | E | |
| 9.  EXPRESS SCRIPTS HLDG CO | | None | | | Sold | 03/28/16 | K | A | |
| 10.  EXXON MOBIL CORP | C | Int./Div. | L | T | | | | | |
| 11.  FACEBOOK INC CL A | | None | L | T | | | | | |
| 12.  FORD MOTOR CO | A | Int./Div. | | | Sold | 01/15/16 | J | C | |
| 13.  GENERAL ELECTRIC | A | Int./Div. | K | T | | | | | |
| 14.  ALPHABET INC CL C | A | Int./Div. | L | T | | | | | |
| 15.  JP MORGAN CHASE & CO | B | Int./Div. | L | T | Buy (add'l) | 11/09/16 | K | | |
| 16.  MACY'S INC | B | Int./Div. | K | T | Buy | 01/08/16 | K | | |
| 17.  MACY'S INC | | None | K | T | Buy (add'l) | 01/26/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MACY'S INC | | None | | | Sold (part) | 07/06/16 | K | D | |
| 19. MANHATTAN ASSOCS INC | | None | | | Sold | 02/01/16 | K | E | |
| 20. MCCORMICK & CO INC | A | Int./Div. | L | T | Buy (add'l) | 11/09/16 | K | | |
| 21. MEDNAX INC | | None | K | T | Buy | 02/25/16 | K | | |
| 22. MICROSOFT CORP | A | Int./Div. | K | T | Buy | 09/22/16 | K | | |
| 23. MICROSOFT CORP | A | Int./Div. | K | T | Buy (add'l) | 12/12/16 | K | | |
| 24. MUELLER WTR PRODUCTS INC SER A | A | Int./Div. | K | T | Buy | 04/11/16 | K | | |
| 25. MUELLER WTR PRODUCTS INC SER A | | None | | | Sold (part) | 11/30/16 | J | C | |
| 26. PEPSICO IONC | B | Int./Div. | L | T | Buy | 01/26/16 | L | | |
| 27. RAYMOND JAMES CASH ACCOUNT | A | Int./Div. | M | T | | | | | |
| 28. RAYTHEON CO | B | Int./Div. | L | T | | | | | |
| 29. SCHEIN HENRY INC | | None | L | T | | | | | |
| 30. SCOTTS MIRACLE GRO COMPANY CLASS A | A | Int./Div. | K | T | Buy | 08/08/16 | K | | |
| 31. SCRIPPS E W COMPANY OHIO CLA A | | None | K | T | Buy | 11/25/16 | K | | |
| 32. STARBUCKS CORP | B | Int./Div. | L | T | Sold (part) | 09/22/16 | K | D | |
| 33. TIFFANY & CO | A | Int./Div. | | | Sold | 02/25/16 | K | A | |
| 34. TJX COMPANIES INC. | A | Int./Div. | | | Sold | 01/26/16 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TREASURY WINE ESTATES LTD SP ADR (AUSTRALIA) | A | Int./Div. | K | T | Buy | 03/10/16 | K | | |
| 36. UNITED INS HLDGS CORP | A | Int./Div. | | | Sold | 08/01/16 | K | A | |
| 37. UNITIL CORP | A | Int./Div. | | | Sold | 08/31/16 | K | B | |
| 38. WASTE CONNECTIONS INC (CANADA) | A | Int./Div. | K | T | Buy | 07/06/16 | K | | |
| 39. GIBRALTER BANK CHECKING & MM | A | Int./Div. | K | T | | | | | |
| 40. (HEADER) RAYMOND JAMES ACCT#2 | | | | | | | | | |
| 41. ALTRIA GROUP INC | B | Int./Div. | K | T | | | | | |
| 42. AT&T INC | C | Int./Div. | K | T | Buy | 03/28/16 | K | | |
| 43. BLACKSTONE GROUP LP COM UNIT LTD | C | Int./Div. | | | Sold | 01/05/16 | L | D | |
| 44. CISCO SYSTEMS INC | | None | | | Sold | 02/01/16 | K | A | |
| 45. CITIGROUP INC NTS OID ISIN | C | Int./Div. | L | T | | | | | |
| 46. CORNING INC NTS ISIN | B | Int./Div. | L | T | | | | | |
| 47. WALT DISNEY CORP | A | Int./Div. | | | Sold | 02/01/16 | K | A | |
| 48. EXXON MOBIL CORP | B | Int./Div. | | | Sold | 02/01/16 | K | A | |
| 49. INFINITY PROP & CASUALTY NTS ISIN | B | Int./Div. | M | T | | | | | |
| 50. JOHNSON & JOHNSON | B | Int./Div. | L | T | | | | | |
| 51. JOHNSON CONTROLS INC NTS ISIN | B | Int./Div. | | | Sold | 12/01/16 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | LEXINGTON REALTY TRUST REIT | | None | | | Buy | 04/12/16 | K | | |
| 53. | LEXINGTON REALTY TRUST REIT | | None | | | Sold | 08/01/16 | K | C | |
| 54. | LOCKHEED MARTIN CORP | C | Int./Div. | M | T | | | | | |
| 55. | MARATHON OIL | B | Int./Div. | M | T | Buy | 01/05/16 | L | | |
| 56. | MCCORMICK & CO INC | A | Int./Div. | K | T | | | | | |
| 57. | MICROSOFT CORP | B | Int./Div. | L | T | Buy | 02/18/16 | L | | |
| 58. | MONMOUTH REAL ESTATE INVT CORP | A | Int./Div. | K | T | Sold (part) | 10/05/16 | J | A | |
| 59. | MONTPELIER RE HOLDINGS LTD NTS ISIN | B | Int./Div. | L | T | | | | | |
| 60. | NEXTERA ENERGY INC | B | Int./Div. | L | T | | | | | |
| 61. | PEPSICO INC | B | Int./Div. | L | T | Buy | 02/22/16 | L | | |
| 62. | RAYMOND JAMES CASH ACCOUNT | A | Interest | K | T | | | | | |
| 63. | RAYTHEON CO | B | Int./Div. | L | T | | | | | |
| 64. | RED HAT INC | | None | K | T | Buy | 12/15/16 | K | | |
| 65. | SCRIPPS E W COMPANY OHIO CL A | | None | K | T | Buy | 12/20/16 | K | | |
| 66. | SIX FLAGS ENT CORP | A | Int./Div. | | | Sold | 11/14/16 | K | D | |
| 67. | SPDR S&P 500 ETF | B | Int./Div. | | | Sold | 01/05/16 | L | E | |
| 68. | UMH PPTYS INC REIT | B | Int./Div. | K | T | Buy | 09/07/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. UNITED INS HLDGS CORP | A | Int./Div. | K | T | Sold (part) | 05/26/16 | K | B | |
| 70. VERIZON COMMUNICATIONS INC | B | Int./Div. | K | T | | | | | |
| 71. WASTE COMMUNICATIONS INC (CANADA) | A | Int./Div. | L | T | Buy | 06/07/16 | K | | |
| 72. (HEADER) RAYMOND JAMES ACCOUNT#3 | | | | | | | | | |
| 73. ALABAMA WTR POLLUTION CTL AUTH | B | Int./Div. | L | T | | | | | |
| 74. AMERICAN INTL GROUP INC NTS ISIN | B | Int./Div. | L | T | | | | | |
| 75. AMGEN INC NTS ISIN | C | Int./Div. | M | T | | | | | |
| 76. ASPEN INS HOLDINGS LTD NTS ISIN | B | Int./Div. | L | T | | | | | |
| 77. AT&T INC | A | Int./Div. | K | T | Buy | 07/15/16 | K | | |
| 78. COMPUTER SCIENCES CORP NTS ISIN | C | Int./Div. | M | T | | | | | |
| 79. FL STATE BRD ED SER A | C | Int./Div. | M | T | | | | | |
| 80. GMAC CAPITAL TRUST 1 GTD TR PFD-2 | C | Int./Div. | K | T | | | | | |
| 81. GWINNETT CNTY GA SCH DIST | B | Int./Div. | | | Redeemed | 02/01/16 | L | A | |
| 82. HEWLETT-PACKARD COMPANY NTS ISIN | B | Int./Div. | L | T | | | | | |
| 83. KKR & COMPANY LP DEL COM UNITS | B | Int./Div. | | | Sold | 01/26/16 | J | A | |
| 84. MASSACHUSETTS ST DEV FIN AGY REV | B | Int./Div. | L | T | Buy | 02/11/16 | L | | |
| 85. MCCORMICK & COMPANY | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. MONMOUTH REAL ESTATE INVT CORP | B | Int./Div. | K | T | Sold (part) | 10/05/16 | J | B | |
| 87. NEXTERA ENERGY INC | B | Int./Div. | K | T | | | | | |
| 88. RAYMOND JAMES CASH ACCOUNT | A | Int./Div. | L | T | | | | | |
| 89. VIRGINIA COLLEGE BLDG AUTH VA EDL FA | B | Int./Div. | L | T | | | | | |
| 90. WELLS FARGO & COMPANY MTN ISIN | C | Int./Div. | M | T | | | | | |
| 91. (HEADER) RAYMOND JAMES ACCT#4 | | | | | | | | | |
| 92. RAYMOND JAMES CASH ACCOUNT | A | Int./Div. | K | T | | | | | |
| 93. (HEADER) OTHER INVESTMENTS | | | | | | | | | |
| 94. 22 LANTERN LLC CLASS B | A | Rent | J | U | | | | | |
| 95. 22 LANTERN LLC CLASS C | | None | K | U | | | | | |
| 96. 22 LANTERN LLC CLASS D | | None | K | U | | | | | |
| 97. 1141 INVESTMENTS LLC | D | Int./Div. | L | U | Buy | 03/01/16 | L | | |
| 98. EZGREEN ASSOC LLC | | None | J | U | | | | | |
| 99. HTG CRYSTAL COVE INVEST 10 PLUS LLC | A | Distribution | M | U | | | | | |
| 100. HTG CRYSTAL COVE INVEST II LLC | A | Distribution | K | U | | | | | |
| 101. KENDALL LAKES APTS LLC CLASS B MIAMI FL | A | Rent | J | U | | | | | |
| 102. KENDALL LAKES APTS CLASS C LLC MIAMI FL | | None | K | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. KENDALL LAKES APTS LLC CLASS D MIAMI FL | | None | K | U | | | | | |
| 104. LAKEHOUSE I LTD RENTAL PROP MIAMI FL | D | Rent | J | U | | | | | |
| 105. MARATHON LENDING CO II LLC | | None | K | U | | | | | |
| 106. MARATHON LENDING CO LLC | | None | K | U | | | | | |
| 107. NW 6 LLC | C | Int./Div. | L | U | | | | | |
| 108. RASCON ASSOCIATES LTD | | None | | | Sold | 12/31/16 | J | A | |
| 109. TR-1 LLC | A | Int./Div. | K | U | | | | | |
| 110. TR-2 LLC | C | Int./Div. | L | U | | | | | |
| 111. TR-3 LLC | | None | L | U | Buy | 07/01/16 | L | | |
| 112. OMAN TRUSTEE-WALDIN 5 | | None | J | U | | | | | |
| 113. (HEADE) YAYA INVESTMENT CLUB CG | | | | | | | | | |
| 114. CASH CHARLES SCHWAB | A | Int./Div. | J | T | | | | | |
| 115. ABBOTT LABORATORIES | A | Int./Div. | | | Sold | 01/14/16 | J | A | |
| 116. ALLERGEN PCL | | None | | | Buy | 05/12/16 | J | | |
| 117. ALLERGEN PCL | | None | | | Sold | 06/24/16 | J | A | |
| 118. ALTRIA GROUP INC | | None | J | T | Buy | 10/04/16 | J | | |
| 119. AMBARELLA INC | | None | | | Sold | 03/16/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. AMAZON COM INC | | None | J | T | Buy | 06/30/16 | J | | |
| 121. ANHEISER BUSCH | A | Int./Div. | | | Buy | 02/26/16 | J | | |
| 122. ANHEISER BUSCH | | None | | | Sold | 06/13/16 | J | A | |
| 123. APPLE INC | A | Int./Div. | | | Sold | 06/09/16 | J | A | |
| 124. BIOGEN INC | | None | J | T | | | | | |
| 125. CAL MAINE FOODS INC | A | Int./Div. | | | Buy | 04/22/16 | J | | |
| 126. CAL MAINE FOODS INC | | None | | | Sold | 06/09/16 | J | A | |
| 127. CELGENE CORP | | None | | | Sold | 01/14/16 | J | A | |
| 128. CONSTELLATION BRAND | | None | J | T | Buy | 11/14/16 | J | | |
| 129. EXXON MOBIL CORP | A | Int./Div. | J | T | Buy | 08/01/16 | J | | |
| 130. FACEBOOK INC | | None | J | T | Buy | 06/27/16 | J | | |
| 131. FEDEX CORP | A | Int./Div. | | | Sold | 01/20/16 | J | A | |
| 132. GILEAD SCIENCES INC | A | Int./Div. | | | Sold | 09/15/16 | J | A | |
| 133. MASTEC INC | | None | | | Buy | 02/11/16 | J | | |
| 134. MASTEC INC | | None | | | Sold | 05/12/16 | J | A | |
| 135. MCDONALDS CORP | A | Int./Div. | | | Buy | 07/26/16 | J | | |
| 136. MCDONALDS CORP | | None | | | Sold | 11/10/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. MEDALLION FINANCIAL | A | Int./Div. | | | Buy | 04/14/16 | J | | |
| 138. MEDALLION FINANCIAL | | None | | | Sold | 05/18/16 | J | A | |
| 139. NEWALL BRANDS INC | A | Int./Div. | J | T | Buy | 06/30/16 | J | | |
| 140. NIKE INC | A | Int./Div. | | | Buy | 02/05/16 | J | | |
| 141. NIKE INC | | None | | | Sold | 11/10/16 | J | A | |
| 142. OPKO HEALTH INC | | None | J | T | | | | | |
| 143. PFIZER INCORPORATED | A | Int./Div. | J | T | | | | | |
| 144. ROYAL BANK OF CANADA | A | Int./Div. | | | Sold | 06/01/16 | J | A | |
| 145. SCHLUMBERGER LTD | A | Int./Div. | | | Sold | 06/09/16 | J | A | |
| 146. SINCLAIR BROADCAST GP | A | Int./Div. | | | Buy (add'l) | 01/11/16 | J | | |
| 147. SINCLAIR BROADCAST GP | | None | | | Sold | 09/15/16 | J | A | |
| 148. STARBUCKS | A | Int./Div. | J | T | Buy | 10/13/16 | J | | |
| 149. TOYOTA MOTOR CORP | A | Int./Div. | | | Sold | 04/01/16 | J | A | |
| 150. WALGREENS BOOTS ALLIANCE | A | Int./Div. | | | Sold | 05/12/16 | J | A | |
| 151. WALT DISNEY CORP | A | Int./Div. | | | Sold | 06/09/16 | J | A | |
| 152. WHIRLPOOL CORP | A | Int./Div. | J | T | Buy | 10/25/16 | J | | |
| 153. XBIOTECH INC | | None | | | Buy | 05/12/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. XBIOTECH INC | | None | | | Sold | 06/09/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 08/13/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ PAUL C. HUCK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544